# Criminal Case Cover Sheet   U.S. District Court - District of Massachusetts

**Place of Offense:**  **Category No.** II  **Investigating Agency** DEA

**City** Various, incl. Lawrence/Dedham/Boston  **Related Case Information:**

**County** Various, incl. Middlesex/Essex/Suffolk

Superseding Ind./ Inf. _____  Case No. _____
Same Defendant _____  New Defendant _____
Magistrate Judge Case Number _____
Search Warrant Case Number  Multiple warrants, incl. 11-MJ-4074-TSH;
R 20/R 40 from District of _____  12-MJ-5078-JGD; and 12-MJ-7090-JCB

## Defendant Information:

**Defendant Name** Carlos Franco  **Juvenile:** ☐ Yes ☑ No

Is this person an attorney and/or a member of any state/federal bar: ☐ Yes ☑ No

**Alias Name** El Tio, Ruby

**Address** (City & State) Boston, Massachusetts

**Birth date (Yr only):** 1959  **SSN (last4#):** 5454  **Sex** M  **Race:** Hispanic  **Nationality:** _____

**Defense Counsel if known:** _____  **Address** _____

**Bar Number** _____

## U.S. Attorney Information:

**AUSA** David J. D'Addio  **Bar Number if applicable** _____

**Interpreter:** ☑ Yes ☐ No  List language and/or dialect: _____

**Victims:** ☐ Yes ☑ No  If yes, are there multiple crime victims under 18 USC§3771(d)(2) ☐ Yes ☐ No

**Matter to be SEALED:** ☑ Yes ☐ No

☑ Warrant Requested  ☐ Regular Process  ☐ In Custody

**Location Status:**

**Arrest Date** _____

☐ Already in Federal Custody as of _____ in _____
☐ Already in State Custody at _____  ☐ Serving Sentence  ☐ Awaiting Trial
☐ On Pretrial Release:  Ordered by: _____ on _____

**Charging Document:** ☑ Complaint  ☐ Information  ☐ Indictment

**Total # of Counts:** ☐ Petty — ☐ Misdemeanor — ☑ Felony 1

Continue on Page 2 for Entry of U.S.C. Citations

☑ I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

**Date:** July 6, 2012  **Signature of AUSA:** _[signature]_

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**    Carlos Franco

## U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 21 USC 846 | Conspiracy to Possess with Intent to Distribute and to Distribute | 1 |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** _____