**Criminal Case Cover Sheet**     **U.S. District Court - District of Massachusetts**

**Place of Offense:**    **Category No.** II    **Investigating Agency** DEA

**City** Various, incl. Lawrence/Dedham/Boston    **Related Case Information:**

**County** Various, incl. Middlesex/Essex/Suffolk

Superseding Ind./ Inf. _____  Case No. _____
Same Defendant _____  New Defendant _____
Magistrate Judge Case Number _____
Search Warrant Case Number: Multiple warrants, incl. 11-MJ-4074-TSH; 12-MJ-5078-JGD; and 12-MJ-7090-JCB
R 20/R 40 from District of _____

**Defendant Information:**

**Defendant Name** Teodoro Lopez-Santos    **Juvenile:** ☐ Yes ☑ No

Is this person an attorney and/or a member of any state/federal bar: ☐ Yes ☑ No

**Alias Name** Willy, William

**Address** (City & State) Haverhill, Massachusetts

**Birth date (Yr only):** 1982   **SSN (last4#):** 5858   **Sex** M   **Race:** Hispanic   **Nationality:** _____

**Defense Counsel if known:** _____    **Address** _____

**Bar Number** _____

**U.S. Attorney Information:**

**AUSA** David J. D'Addio    **Bar Number if applicable** _____

**Interpreter:** ☑ Yes ☐ No    List language and/or dialect: _____

**Victims:** ☐ Yes ☑ No   If yes, are there multiple crime victims under 18 USC§3771(d)(2) ☐ Yes ☐ No

**Matter to be SEALED:** ☑ Yes ☐ No

☑ Warrant Requested    ☐ Regular Process    ☐ In Custody

**Location Status:**

**Arrest Date** _____

☐ Already in Federal Custody as of _____ in _____
☐ Already in State Custody at _____ ☐ Serving Sentence ☐ Awaiting Trial
☐ On Pretrial Release: Ordered by: _____ on _____

**Charging Document:** ☑ Complaint ☐ Information ☐ Indictment

**Total # of Counts:** ☐ Petty ☐ Misdemeanor ☑ Felony 1

Continue on Page 2 for Entry of U.S.C. Citations

☑ I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

**Date:** July 6, 2012    **Signature of AUSA:** _[signature]_

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**    Teodoro Lopez-Santos

## U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1: 21 USC 846 | Conspiracy to Possess with Intent to Distribute and to Distribute | 1 |
| Set 2: | | |
| Set 3: | | |
| Set 4: | | |
| Set 5: | | |
| Set 6: | | |
| Set 7: | | |
| Set 8: | | |
| Set 9: | | |
| Set 10: | | |
| Set 11: | | |
| Set 12: | | |
| Set 13: | | |
| Set 14: | | |
| Set 15: | | |

**ADDITIONAL INFORMATION:** _____