## Criminal Case Cover Sheet — U.S. District Court - District of Massachusetts

**Place of Offense:**    **Category No.** II    **Investigating Agency** DEA

**City** Various, incl. Lawrence/Dedham/Boston

**County** Various, incl. Middlesex/Essex/Suffolk

**Related Case Information:**
- Superseding Ind./ Inf. _____ Case No. _____
- Same Defendant _____ New Defendant _____
- Magistrate Judge Case Number _____
- Search Warrant Case Number: Multiple warrants, incl. 11-MJ-4074-TSH; 12-MJ-5078-JGD; and 12-MJ-7090-JCB
- R 20/R 40 from District of _____

### Defendant Information:

- **Defendant Name:** Fernando Martinez-Tiburcio    Juvenile: ☐ Yes ☑ No
- Is this person an attorney and/or a member of any state/federal bar: ☐ Yes ☑ No
- **Alias Name:** Chifuco
- **Address:** (City & State) Nashua, New Hampshire
- **Birth date (Yr only):** 1961    **SSN (last4#):** _____    **Sex:** M    **Race:** Hispanic    **Nationality:** _____
- **Defense Counsel if known:** _____    **Address:** _____
- **Bar Number:** _____

### U.S. Attorney Information:

- **AUSA:** David J. D'Addio    **Bar Number if applicable:** _____
- **Interpreter:** ☑ Yes ☐ No    List language and/or dialect: _____
- **Victims:** ☐ Yes ☑ No    If yes, are there multiple crime victims under 18 USC§3771(d)(2) ☐ Yes ☐ No
- **Matter to be SEALED:** ☑ Yes ☐ No
  - ☑ Warrant Requested    ☐ Regular Process    ☐ In Custody

### Location Status:

**Arrest Date:** _____

- ☐ Already in Federal Custody as of _____ in _____
- ☐ Already in State Custody at _____ ☐ Serving Sentence ☐ Awaiting Trial
- ☐ On Pretrial Release: Ordered by: _____ on _____

**Charging Document:** ☑ Complaint ☐ Information ☐ Indictment

**Total # of Counts:** ☐ Petty ☐ Misdemeanor ☑ Felony   1

Continue on Page 2 for Entry of U.S.C. Citations

☑ I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

**Date:** July 6, 2012    **Signature of AUSA:** /s/ David J. D'Addio

**District Court Case Number**  (To be filled in by deputy clerk): _____

**Name of Defendant**    Fernando Martinez-Tiburcio

### U.S.C. Citations

| | **Index Key/Code** | **Description of Offense Charged** | **Count Numbers** |
|---|---|---|---|
| Set 1 | 21 USC 846 | Conspiracy to Possess with Intent to Distribute and to Distribute | 1 |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** _____