JS 45 (5/97) - (Revised U.S.D.C. MA 3/25/2011)

| Criminal Case Cover Sheet | U.S. District Court - District of Massachusetts |

**Place of Offense:** Category No. II    Investigating Agency  DEA

City  Various, incl. Lawrence/Dedham/Boston

County  Various, incl. Middlesex/Essex/Suffolk

**Related Case Information:**
Superseding Ind./ Inf. _____  Case No. _____
Same Defendant _____  New Defendant _____
Magistrate Judge Case Number _____
Search Warrant Case Number   Multiple warrants, incl. 11-MJ-4074-TSH;
R 20/R 40 from District of   12-MJ-5078-JGD; and 12-MJ-7090-JCB

**Defendant Information:**

Defendant Name: Rafael Romero Montanez   Juvenile: ☐ Yes ☑ No

Is this person an attorney and/or a member of any state/federal bar: ☐ Yes ☑ No

Alias Name: Memin

Address: (City & State) Dorchester, Massachusetts

Birth date (Yr only): 1967  SSN (last4#): _____  Sex M  Race: Hispanic  Nationality: _____

**Defense Counsel if known:** _____  Address _____

**Bar Number:** _____

**U.S. Attorney Information:**

AUSA David J. D'Addio   Bar Number if applicable _____

Interpreter: ☑ Yes ☐ No    List language and/or dialect: _____

Victims: ☐ Yes ☑ No  If yes, are there multiple crime victims under 18 USC§3771(d)(2) ☐ Yes ☐ No

Matter to be SEALED: ☑ Yes ☐ No

☑ Warrant Requested   ☐ Regular Process   ☐ In Custody

**Location Status:**

**Arrest Date:** _____

☐ Already in Federal Custody as of _____ in _____
☐ Already in State Custody at _____  ☐ Serving Sentence  ☐ Awaiting Trial
☐ On Pretrial Release: Ordered by: _____ on _____

**Charging Document:** ☑ Complaint  ☐ Information  ☐ Indictment

**Total # of Counts:** ☐ Petty  ☐ Misdemeanor  ☑ Felony  1

Continue on Page 2 for Entry of U.S.C. Citations

☑ I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: July 6, 2012   Signature of AUSA: _____

JS 45 (5/97) (Revised U.S.D.C. MA 12/7/05) P:

**District Court Case Number**   (To be filled in by deputy clerk): _____

**Name of Defendant**   Rafael Romero Montanez

## U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 21 USC 846 | Conspiracy to Possess with Intent to Distribute and to Distribute | 1 |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** _____

cr js-45-MA2011.wpd - 3/25/2011