JS 45 (5/97) - (Revised USAO MA 1/25/00) Case 1:12-cr-10219-NMG   Document 2-8   Filed 07/06/12   Page 1 of 2

**Criminal Case Cover Sheet**      **U.S. District Court - District of Massachusetts**

**Place of Offense:**    **Category No.** II    **Investigating Agency** DEA

**City** Various, incl. Lawrence/Dedham/Boston

**County** Various, incl. Middlesex/Essex/Suffolk

**Related Case Information:**
Superseding Ind./ Inf. _____ Case No. _____
Same Defendant _____ New Defendant _____
Magistrate Judge Case Number _____
Search Warrant Case Number — Multiple warrants, incl. 11-MJ-4074-TSH; 12-MJ-5078-JGD; and 12-MJ-7090-JCB
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name: Andres Ramirez-Rodrigue    Juvenile: ☐ Yes ☑ No

Is this person an attorney and/or a member of any state/federal bar: ☐ Yes ☑ No

Alias Name: Primo, Vija, Bija, Alfredo

Address (City & State): Lawrence, Massachusetts

Birth date (Yr only): 1976    SSN (last4#): 2003    Sex: M    Race: Hispanic    Nationality: _____

Defense Counsel if known: _____    Address: _____

Bar Number: _____

**U.S. Attorney Information:**

AUSA: David J. D'Addio    Bar Number if applicable: _____

Interpreter: ☑ Yes ☐ No    List language and/or dialect: _____

Victims: ☐ Yes ☑ No    If yes, are there multiple crime victims under 18 USC§3771(d)(2) ☐ Yes ☐ No

Matter to be SEALED: ☑ Yes ☐ No

☑ Warrant Requested    ☐ Regular Process    ☐ In Custody

**Location Status:**

Arrest Date: _____

☐ Already in Federal Custody as of _____ in _____
☐ Already in State Custody at _____ ☐ Serving Sentence ☐ Awaiting Trial
☐ On Pretrial Release: Ordered by: _____ on _____

**Charging Document:** ☑ Complaint ☐ Information ☐ Indictment

**Total # of Counts:** ☐ Petty ☐ Misdemeanor ☑ Felony 1

Continue on Page 2 for Entry of U.S.C. Citations

☑ I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: July 6, 2012    Signature of AUSA: *David J. D'Addio*

**District Court Case Number**  (To be filled in by deputy clerk): _____

**Name of Defendant**     Andres Ramirez-Rodrigue

### U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 21 USC 846 | Conspiracy to Possess with Intent to Distribute and to Distribute | 1 |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** _____

cr js-45-MA2011.wpd - 3/25/2011