

**U.S. Department of Justice**

*Carmen M. Ortiz*
*United States Attorney*
*District of Massachusetts*

*Main Reception: (617) 748-3100*

*John Joseph Moakley United States Courthouse*
*1 Courthouse Way*
*Suite 9200*
*Boston, Massachusetts 02210*

October 11, 2012

Victoria R. Kelleher, Esq.
15 Church St.
Salem, MA 01970

Barry S. Pollack, Esq.
Sullivan & Worcester
One Post Office Square
Boston, MA 02109

William Keefe, Esq.
Law Office of William Keefe
801 C Tremont Street
Boston, MA 02118

Robert Goldstein, Esq.
The Goldstein Law Firm
20 Park Plaza, Suite 1000
Boston, MA 02116

Mark Smith, Esq.
Smith & Laredo, LLP
101 Federal Street, Suite 650
Boston, MA 02110

Jose Espinosa, Esq.
Espinosa & Associates
793 Centre Street
2d Floor
Jamaica Plain, MA 02130

Stanley Norkunas, Esq.
11 Kearney Square
Lowell, MA 01852

Re:   United States v. Jovhan Saldana et al., 12-10219-NMG

Dear Counsel:

Pursuant to the government's continuing discovery obligations, please find enclosed supplemental information as set forth below. The materials include additional wiretap discovery, including wiretap documents, audio recordings, and preliminary transcripts/synopses from other investigations. Also included are several compact discs containing photographic and video exhibits. Summary indexes are attached to this letter.

**I.   Wiretap Discovery**

As set forth in the government's August 27, 2012, discovery letter, the government is aware

of two other wiretap investigations conducted in the District of Massachusetts in which one or more defendants was intercepted and/or named as a Target Subject, including the following:

Wiretaps obtained in M.B.D. No. 11-MC-91145-GAO / *United States v. Vicente et al.*, 12-10248-MLW:

| Date of Order | Target Phone No. | User of Target Telephone |
|---|---|---|
| 06/13/11 | (339) 204-3111 | Julio Vicente |
| 06/30/11 | (978) 397-4505 | Jose Rosario |
| 07/13/11 | (207) 521-6549 | Julio Vicente |
| 07/27/11 | (978) 397-4505 | Jose Rosario |
| 08/05/11 | (978) 885-6128 | Jose Rosario |
|  | (978) 397-2808 | Julio Vicente |
| 09/21/11 | (978) 885-6128 | Jose Rosario |
| 10/05/11 | (978) 397-9564 | Jose Rosario |
| 10/14/11 | (978) 397-9324 | Julio Vicente |
| 11/07/11 | (978) 397-9564 | Jose Rosario |
| 11/10/11 | (978) 397-9324 | Julio Vicente |
| 12/09/11 | (978) 397-9564 | Jose Rosario |
| 04/12/12 | (978) 566-2663 | Julio Vicente |

Wiretaps obtained in M.B.D. No. 11-91210-DJC / *United States v. Andujar et al.*, 12-10076-NMG:

| Date of Order | Target Phone No. | User Of Target Telephone |
|---|---|---|
| 09/08/11 | (617) 888-8560 | Ernesto Andujar |
| 09/24/11 | (617) 888-8382 | Ernesto Andujar |
| 10/14/11 | (617) 888-8392 | Ernesto Andujar |
| 12/07/11 | (857) 389-3319 | Ernesto Andujar |
| 01/05/12 | (857) 389-3319 | Ernesto Andujar |
| 2/10/12 | (617) 637-0020 | Ernesto Andujar |
| 03/09/12 | (617) 637-0020 | Ernesto Andujar |

Enclosed on compact disks are the following documents relating to these wiretaps: (1) applications for authorization to intercept wire and/or electronic communications; (2) supporting affidavits; (3) orders authorizing the interceptions; (4) orders directing the sealing of intercepted communications under 18 U.S.C. § 2518(a); (5) intercepted audio recordings; and (6) preliminary synopses/transcripts of intercepted communications.

As stated in its discovery letter dated August 27, 2012, there were numerous other wiretaps obtained in connection with these separate investigations in which one or more defendants were named as target subjects and/or may have been intercepted. The government does not intend to offer evidence obtained from these other wiretaps in its case-in-chief. These other applications, supporting affidavits, authorizing orders, sealing orders, audio recordings, and preliminary transcripts/synopses of intercepted communications are available for inspection and copying.

## II.   Additional Exhibits

In addition, the government is producing numerous photographic and video exhibits, identified by exhibit number, on several compact discs.

The government is aware of its continuing duty to disclose newly discovered additional evidence or material that is subject to discovery or inspection under Local Rules 116.1 and 116.2(B)(1) and Rule 16 of the Federal Rules of Criminal Procedure.

The government requests reciprocal discovery pursuant to Rule 16(b) of the Federal Rules of Criminal Procedure and Local Rule 116.1(D).

Please call the undersigned Assistant U.S. Attorney at (617) 748-3370 if you have any questions.

Very truly yours,

CARMEN M. ORTIZ
United States Attorney

By:   _____
David J. D'Addio
Assistant U.S. Attorney

Enc.

## *UNITED STATES V. SALDANA*
## *CR 12-10219-NMG*

*ADDITIONAL NON-DRUG EXHIBITS-COMPACT DISCS*

| # | Ex. | Description | Date |
|---|---|---|---|
| 1. | N-120 | Surveillance-100 Stockton St., Chelsea, MA | 3/30/2011 |
| 2. | N-121 | Surveillance-Logan Airport Gate 11, Boston, MA | 4/06/2011 |
| 3. | N-127 | Surveillance-250 Kennedy Dr. | 8/09/2011 |
| 4. | N-128 | Surveillance-1123 Revere Beach Pkway., MA | 7/29/2011 |
| 5. | N-140 | Surveillance-Horadan Way Roxbury, MA | 12/16/2011 |
| 6. | N-144 | Photos-Drug Exhibits 23, 24 & 25 and Ex N-141, N-142 & N-143 | 12/23/2011 |
| 7. | N-167 | Surveillance-Winchester, MA | 3/07//2012 |
| 8. | N-169 | Surveillance-Winchester, MA | 3/09//2012 |
| 9. | N-175 | Surveillance-Winchester, MA | 4/03//2012 |
| 10. | N-177 | Surveillance-Winchester, MA | 4/09//2012 |
| 11. | N-183 | Surveillance-Occupants Ma Reg 226MY5 87 Kiely Rd., Dedham, MA | 6/19/2012 |
| 12. | N-184 | Surveillance- 32 Bailey St., Dorchester, MA & Parked Vehicles | 6/25/2012 |
| 13. | N-283 | Photos-Hidden Compartment 2003 Acura Mdx | 7/26/2012 |
| 14. | N-284 | Photos-Hidden Compartment 2008 Honda Crv | 7/26/2012 |
| 15. | N-287 | /video Hidden Compartment of 2001 Volvo V70 | 7/26/2012 |
| 16. | N-290 | Surveillance Photos | |
| 17. | N-291 | Surveillance100 Stockton St., Chelsea, MA and Prospect St., Lawrence, MA | |

*UNITED STATES V. JOVHAN SALDANA*
*CR 12-10219-NMG*

<u>COMPACT DISCS OF ELECTRONIC SURVEILLANCE</u>

*WIRETAPS IN M.B.D. 11-MC-91145-GAO/US v. VINCENTE, et al.* CR 12-10248-MLW

1. Title III Documents
2. 339-204-3111
3. 978-397-4505
4. 207-521-6549
5. 978-885-6128
6. 978-397-2808
7. 978-397-9564
8. 978-397-9324
9. 978-566-2663

*WIRETAPS IN M.B.D. 11-91210-DJC/US v. ANDUJAR, et al.,* CR 12-10076-NMG

1. Title III Documents
2. 617-888-8560
3. 617-888-8382
4. 617-888-8392
5. 857-389-3319
6. 617-637-0020